AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kuntz, William F. | Eastern District of New York | 04/04/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

United States District Court
225 Cadman Plaza East
6th Floor North
Brooklyn, New York 11201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kuntz, William F. | 04/04/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Department of Veterans Affairs, salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kuntz, William F. | 04/04/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 (H) | | | | | | | | | |
| 2. Fidelity Government Cash Reserves (FDRXX) | B | Int./Div. | N | T | | | | | |
| 3. Fidelity Growth & Income Retirement Fund (FGRIX) | E | Dividend | P1 | T | Buy (add'l) | 01/08/18 | J | | |
| 4. Brokerage Account #1 (H) | | | | | | | | | |
| 5. UBS Bank USA Deposit Account APY (cash) | B | Interest | N | T | | | | | |
| 6. UBS AG Deposit Account APY (cash) | A | Interest | N | T | | | | | |
| 7. Abbott Laboratories, Inc. (ABT) | B | Dividend | L | T | | | | | |
| 8. Abbvie Inc. (ABBV) | C | Dividend | M | T | | | | | |
| 9. Aflac Inc. (AFL) | B | Dividend | L | T | | | | | |
| 10. Air Products and Chemicals Inc. (APD) | B | Dividend | L | T | | | | | |
| 11. Akamai Technologies Inc. (AKAM) | | None | J | T | | | | | |
| 12. Alphabet Inc. Cl. C (GOOG) | | None | J | T | | | | | |
| 13. Amazon.com Inc. (AMZN) | | None | K | T | | | | | |
| 14. American Express Co. (AXP) | B | Dividend | M | T | | | | | |
| 15. American Tower Corp REIT (AMT) | A | Dividend | K | T | | | | | |
| 16. Anheuser-Busch Inbev Spons ADR (BUD) | B | Dividend | K | T | | | | | |
| 17. Ansys Inc. (ANSS) | | None | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kuntz, William F. | 04/04/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Aqua Amer Inc. (WTR) | B | Dividend | L | T | | | | | |
| 19. Automatic Data Processing Inc. (ADP) | C | Dividend | M | T | Sold (part) | 09/18/18 | L | F | |
| 20. Bank United, Inc. (BKU) | A | Dividend | J | T | | | | | |
| 21. BECKTON DICKENSON & CO. (BDX) | A | Dividend | K | T | | | | | |
| 22. Berkshire Hathaway Inc. New Class B (BRK.B) | | None | M | T | | | | | |
| 23. Brinker International Inc. (EAT) | B | Dividend | K | T | | | | | |
| 24. Bristol Myers Squibb Co. (BMY) | C | Dividend | M | T | | | | | |
| 25. CDK Global Inc. Com. (CDK) | A | Dividend | K | T | | | | | |
| 26. Celgene Corp (CELG) | | None | J | T | | | | | |
| 27. Charter Communications Inc. New Cl A (CHTR) | | None | J | T | | | | | |
| 28. Chevron Corp. (CVX) | C | Dividend | L | T | | | | | |
| 29. Cigna Corp (CI) (Formerly Express Scripts Hldg. Co. (ESRX)) | | None | J | T | Buy | 12/20/18 | J | | |
| 30. Coca-Cola Co. Com. (CMCSA) | B | Dividend | L | T | | | | | |
| 31. Comcast Corp New Cl A (CMCSA) | B | Dividend | L | T | | | | | |
| 32. ConocoPhillips (COP) | A | Dividend | K | T | | | | | |
| 33. CVS Health Corp (CVS) | | None | | | Buy | 11/23/18 | M | | |
| 34. | | | | | Sold | 12/19/18 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kuntz, William F. | 04/04/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Dentsply Sirona Inc. (XRAY) | A | Dividend | J | T | | | | | |
| 36. Dominion Resources Inc. Va. New (D) | B | Dividend | K | T | | | | | |
| 37. DOWDUPONT INC (DWOP) | B | Dividend | L | T | | | | | |
| 38. Ecolab Inc. (ECL) | A | Dividend | K | T | | | | | |
| 39. Exxon Mobil Corp. (XOM) | D | Dividend | L | T | Sold (part) | 09/18/18 | K | B | |
| 40. Express Scripts Hldg Co (ESRX) | | None | | | Sold | 12/21/18 | J | D | |
| 41. General Mills Inc. (GIS) | D | Dividend | M | T | | | | | |
| 42. Genuine Parts Co. (GPC) | A | Dividend | K | T | | | | | |
| 43. Gilead Sciences Inc. (GILD) | A | Dividend | J | T | | | | | |
| 44. Honeywell Intl Inc (HON) | B | Dividend | | | Buy | 01/30/18 | L | | |
| 45. | | | | | Sold | 12/28/18 | L | | |
| 46. Hubbell Inc. Class B (HUBB) | B | Dividend | L | T | | | | | |
| 47. International Business Machines (IBM) | B | Dividend | | | Buy | 11/09/18 | M | | |
| 48. | | | | | Sold | 12/19/18 | M | | |
| 49. Johnson & Johnson Com. (JNJ) | C | Dividend | M | T | | | | | |
| 50. Koninklijke Philips Electronics NS Spon ADR New | A | Dividend | J | T | | | | | |
| 51. Kraft Heinz Co. (KHC) | | None | | | Sold | 02/21/18 | L | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kuntz, William F. | 04/04/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Linde PLC (LIN) | A | Dividend | L | T | Buy | 10/30/18 | L | | |
| 53. LKQ Corp. New (LKQ) | | None | J | T | | | | | |
| 54. Lockheed Martin Corp (LMT) | B | Dividend | | | Buy | 07/11/18 | L | | |
| 55. | | | | | Sold | 12/19/18 | L | | |
| 56. Lowes Companies Inc. (LOW) | A | Dividend | J | T | | | | | |
| 57. Marsh & McLennan Cos. Inc. (MMC) | C | Dividend | M | T | Sold (part) | 09/18/18 | L | E | |
| 58. Merck & Co. Inc. New Com. (MRK) | C | Dividend | M | T | | | | | |
| 59. Meridian Bioscience Inc. (VIVO) (Y) | | | | | | | | | |
| 60. Microsoft Corp. (MSFT) | C | Dividend | M | T | Sold (part) | 09/18/18 | L | E | |
| 61. Mondelez Intl Inc. (MDLZ) | B | Dividend | L | T | | | | | |
| 62. Moodys Corp. (MCO) | A | Dividend | K | T | | | | | |
| 63. Nestle S A Sponsored ADR (NSRGY) | A | Dividend | K | T | | | | | |
| 64. Nextera Energy Inc. Com. (NEE) | B | Dividend | L | T | | | | | |
| 65. Nike Inc. Cl. B (NKE) | A | Dividend | J | T | | | | | |
| 66. Norfolk Southern Corp. (NSC) | D | Dividend | M | T | Sold (part) | 09/18/18 | L | F | |
| 67. Oracle Corp. (ORCL) | A | Dividend | J | T | | | | | |
| 68. Pepsico Inc. (PEP) | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kuntz, William F. | 04/04/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Phillips 66 (PSX) | A | Dividend | K | T | | | | | |
| 70. Praxair Inc. (PX) | A | Dividend | | | Sold | 10/30/18 | L | E | |
| 71. Procter & Gamble Co. (PG) | C | Dividend | | | Sold | 02/26/18 | M | F | |
| 72. Resideo Technologies (REZI) | | None | | | Buy | 01/30/18 | J | | |
| 73. | | | | | Sold | 11/06/18 | J | | |
| 74. ROCKWELL AUTOMATION INC NEW (ROK) | A | Dividend | | | Buy (add'l) | 02/26/18 | K | | |
| 75. | | | | | Sold | 03/27/18 | L | | |
| 76. Royal Dutch Shell PLC ADS REPSTG 2 Cl B (RDS.B) | C | Dividend | L | T | | | | | |
| 77. Schlumberger Ltd. Netherlands Antilles (SLB) | A | Dividend | | | Sold | 11/14/18 | K | B | |
| 78. Stanley Black and Decker Inc. Com. (SWK) | A | Dividend | J | T | | | | | |
| 79. Sysco Corp. (SYY) | A | Dividend | K | T | | | | | |
| 80. TE Connectivity Ltd. Chf. (TEL) | A | Dividend | J | T | | | | | |
| 81. Union Pacific Corp. (UNP) | B | Dividend | L | T | | | | | |
| 82. UnitedHealth Group Inc. (UNH) | | None | | | Sold | 01/30/18 | L | E | |
| 83. United Technologies Corp (UTX) | A | Dividend | | | Buy | 02/21/18 | K | | |
| 84. | | | | | Sold | 12/19/18 | K | | |
| 85. US Bancorp Del (New) (USB) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kuntz, William F. | 04/04/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Visa Inc. Cl A (V) | A | Dividend | L | T | | | | | |
| 87. Walt Disney Co. Com. (DIS) | B | Dividend | L | T | | | | | |
| 88. 3M Co. (MMM) | C | Dividend | L | T | Donated (part) | 04/19/18 | J | | |
| 89. ETFMG PRIME CYBER SECURITY ETF (HACK) | A | Dividend | L | T | Buy (add'l) | 09/18/18 | L | | |
| 90. Materials Select Sector SPDR Trust ETF (XLB) | B | Dividend | L | T | | | | | |
| 91. Robo Global Robotics (ROBO) | | None | | | Buy | 09/18/18 | L | | |
| 92. | | | | | Buy (add'l) | 10/23/18 | L | | |
| 93. | | | | | Sold | 11/09/18 | M | | |
| 94. Vanguard FTSE Emerging Markets ETF (VWO) | A | Dividend | J | T | | | | | |
| 95. IRA #3 (H) | | | | | | | | | |
| 96. UBS Bank USA Deposit Account APY (cash) | A | Interest | K | T | | | | | |
| 97. Lord Abbett US Govt Money Mkt Fund (LCCXX) | A | Dividend | K | T | Buy | 01/22/18 | L | | |
| 98. | | | | | Sold (part) | 08/09/18 | K | | |
| 99. | | | | | Sold (part) | 08/31/18 | J | | |
| 100. American Funds, Washington Mutual Investors Fund Cl. A (AWSHX) | C | Dividend | L | T | | | | | |
| 101. Blackrock Equity Dividend Fund A (MDDVX) | C | Dividend | K | T | | | | | |
| 102. Clearbridge Large Cap Growth Fund Cl. A (SBLGX) | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kuntz, William F. | 04/04/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Invesco American Franchise Fund Cl. A (VAFAX) | B | Dividend | K | T | | | | | |
| 104. Putnam Growth Opportunities Fund Cl. A (POGAX) | C | Dividend | K | T | | | | | |
| 105. ALLY BANK UT US (CASH) | A | Interest | K | T | | | | | |
| 106. CAPT ONE NATL A VA US (CASH) | A | Interest | K | T | | | | | |
| 107. MORGAN STANLEY PRIV NY US (CASH) | A | Interest | K | T | Redeemed | 08/17/18 | K | | |
| 108. | | | | | Buy | 08/23/18 | K | | |
| 109. JPMORGAN CHASE BK DE US (CASH) | A | Interest | K | T | Buy (add'l) | 08/14/18 | K | | |
| 110. LORD ABBETT SHORT DURATION INCOME FUND (LDLAX) | A | Dividend | | | Sold | 01/22/18 | L | | |
| 111. U.S. Treasury Bonds | | None | K | T | Redeemed (part) | 11/15/18 | K | D | |
| 112. TINT Treasury (X) | | None | K | T | | | | | |
| 113. IRA #4 (H) | | | | | | | | | |
| 114. BLACKROCK HIGH YIELD BOND A (BHYAX) | C | Dividend | L | T | | | | | |
| 115. BLACKROCK HIGH YIELD BOND C (BHYCX) | C | Dividend | L | T | | | | | |
| 116. BLACKROCK HIGH YIELD BOND I (BHYIX) | E | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kuntz, William F. | 04/04/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William F. Kuntz**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544